CLERK, U.S. DISTRICT COURT
NOV 30 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| SHERRY ANN PARDEE, | CASE NUMBER |
| | CV99-12060AHM(RCx) |
| PLAINTIFF(S), | |
| -VS- | ORDER TO REASSIGN CASE |
| CSX CORPORATION. ET AL., | DUE TO SELF-RECUSAL |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of

OWNERSHIP OF STOCK IN A PARTY (CSX Corporation)

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

Dated: November 29, 1999

UNITED STATES DISTRICT JUDGE
A. HOWARD MATZ

## NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge __Audrey B. Collins__. On all documents subsequently filed in this case, please substitute the initials __ABC__ after the case number in place of the initials of the prior Judge so that the case number will read __CV 99-12060 ABC (RCx)__.

This is very important because documents are routed to the assigned Judge by means of the initials.

G-11 (10/93)    ORDER TO REASSIGN CASE    ENTERED ON ICMS 11/30/99